UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Members of the Beede Site Group

       v.                                      Case No. 09-cv-184-PB

Marble Motor Company, et al.


O R D E R

I recently learned that I am unable to preside over this case because my former law firm was involved in the prior litigation. Any orders that I have issued in t his case are vacated. The case shall be reassigned to another judge.


SO ORDERED.


June 3, 2009                                        /s/ Paul Barbadoro
                                                       Paul Barbadoro
                                                       United States District Judge


cc:     Counsel of Record