UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>,
    Plaintiff

    v.                                                Civil No. 09-cv-184

<u>Marble Motor Company;</u>
<u>Dana Field, Pentucket</u>
<u>Bank d/b/a Pentucket Bank, Inc.</u>
    Defendants

### ORDER OF RECUSAL

Due to my having a financial interest in one of the companies listed on plaintiff's disclosure statement, recusal is mandatory.  <u>See</u> 28 U.S.C. § 455(b)(4).

    **SO ORDERED.**

                                        _____
                                        Steven J. McAuliffe
                                        Chief Judge

June 5, 2009

cc:  Curtis A. Connors, Esq.
     Roy P. Giarrusso, Esq.
     Joseph L. Harrington, III, Esq.