UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Beede Site Group Members</u>

  v.         Civil No. 09-cv-184

<u>Marble Motor Company, et al.</u>


<u>O R D E R</u>

  The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

  SO ORDERED.

                /s/ Joseph A. DiClerico, Jr.
                Joseph A. DiClerico, Jr.
                United States District Judge

Date:  June 9, 2009

cc:  Curtis Alan Connors, Esquire
   Roy P. Giarrusso, Esquire
   Joseph L. Harrington, III, Esquire