UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

        v.                                NH Case No. 1:09-cv-184

<u>Marble Motor Company, et al</u>

## O R D E R

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: June 17, 2005

Steven J. McAuliffe
Chief Judge

cc:    Joseph L. Harrington, III, Esq.
       Roy P. Giarrusso, Esq.
       Curtis Alan Connors, Esq.
       Clerk, USDC-Rhode Island

## CONCURRING ORDER

I concur that ___William E. Smith___, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ___Lincoln D. Almond___ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: ___June 30, 2009___          ___Mary M. Lisi___
                                    Chief United States District Judge
                                    Assignee District

cc:   Joseph L. Harrington, III, Esq.
      Roy P. Giarrusso, Esq.
      Curtis Alan Connors, Esq.
      Clerk, USDC-New Hampshire

2