UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MEMBERS OF THE<br>BEEDE SITE GROUP,<br>    Plaintiffs,<br><br>v.<br><br>MARBLE MOTOR COMPANY,<br>DANA FIELDS, individually,<br>    Defendants,<br>and<br><br>PENTUCKET BANK D/B/A<br>PENTUCKET BANK, INC.,<br>    Trustee. | CIVIL ACTION NO. 1:09-cv-00184-WES |

~~PROPOSED~~ **ASSENTED TO ORDER**

This matter having come before the Court based upon on the parties' Stipulation and Assent for Preliminary Injunction, and an Attachment On Trustee Process, this Court hereby incorporates and enters said Stipulation and Assent as an Order of this Court, to be effective and enforced as an Order of this Court.

It is further **ORDERED** that a Writ of Attachment and Trustee Process shall issue in favor of the Plaintiffs Beede Site Group against the account and any and all monies and credit on deposit with the Trustee Pentucket Bank (d/b/a Pentucket Bank, Inc.) standing in the name, or on behalf, of the Defendant Dana Fields, being in the approximate sum of $191,037.26.

**SO ORDERED.**

DATED:   August 30, 2009

_____
Honorable William E. Smith,
United States District Judge

8/31/09