UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>
    Plaintiff

       v.              NH Civil No. 09-cv-184-WES

<u>Marble Motor Company, et al</u>
    Defendants

    and

<u>Pentucket Bank d/b/a Pentucket Bank, Inc.</u>
    Trustee

<u>O R D E R</u>

    Pentucket Bank d/b/a Pentucket Bank, Inc., Trustee, appeared and filed a document conventionally in an ECF case on September 23, 2009. The Local Rules for the District of New Hampshire provide that an attorney may, at the discretion of the court, on motion by a member of our bar, be permitted to practice before this court in a particular action. Any attorney so admitted shall at all times be associated with a member of the bar of this court. Our records indicate that no motion for pro hac vice admission of Richard J. Sheehan, Jr., Esq. has been received. On September 10, 2009, Attorney Sheehan was instructed to associate himself with local counsel who in turn would file a motion pro hac vice on his behalf with the required fee within thirty (30) days. To date, our records reflect that no motion pro hac vice on behalf of Attorney Sheehan has been filed. Unless said motion with the required fee is filed by November 2, 2009, all documents from this date forward will be stricken.

    SO ORDERED.

Date: October 21, 2009                    <u>William E. Smith</u>
                                                William E. Smith
                                                United States District Judge
                                                Sitting by Designation

cc:   Counsel of Record