UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>
    Plaintiff

        v.                        NH Civil No. 09-cv-184-WES

<u>Marble Motor Company, et al</u>
    Defendants

    and

<u>Pentucket Bank d/b/a Pentucket Bank, Inc.</u>
    Trustee

## O R D E R

Pentucket Bank d/b/a Pentucket Bank, Inc., Trustee, filed a document conventionally in an ECF case. Attorney Richard J. Sheehan, Jr., counsel for Pentucket Bank, was instructed to register for ECF within thirty (30) days. Our records reflect counsel has not registered. Counsel shall either register or move for an exemption pursuant to Administrative Procedures for Electronic Case Filing 2.1(b) by November 2, 2009. If counsel fails to register by this date, all conventionally filed documents from this date forward will be stricken.

    SO ORDERED.

Date: October 21, 2009                /s/ William E. Smith
                                             William E. Smith
                                           United States District Judge
                                           Sitting by Designation

cc:  Counsel of Record